UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF: | NO. MJ23-033 |
|---|---|
| The Person of KUANG CHI WAN | MOTION TO SEAL |
| | **(FILED UNDER SEAL)** |

The United States respectfully requests that the Search Warrant, Application, and related documents, including this motion and attached proposed orders, be sealed to protect the government's ongoing criminal investigation. The United States of America further respectfully requests that, notwithstanding the requested sealing order, the United States retain the authority to produce the materials subject to this Court's orders as part of its discovery obligations in a criminal case.

## I.    LEGAL BASIS FOR SEALING

Federal courts are empowered to seal documents in appropriate circumstances. *Cf.* Fed. R. Crim. P. 6(e)(4) (sealing of indictments). It is well-settled that federal courts have inherent authority to control papers filed with the court, *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003), including the power to seal affidavits filed with search warrants in appropriate circumstances. In *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989), the Court recognized that "information disclosed to the magistrate in support of the warrant request is entitled to the same confidentiality accorded other aspects of the criminal investigation." *Id.* at 1214. This inherent power

MOTION TO SEAL - 1
USAO#2023R00073

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

may appropriately be exercised when disclosure of the affidavit would disclose facts that would interfere with an ongoing criminal investigation. *United States v. Napier*, 436 F.3d 1133, 1136 (9th Cir. 2006) (noting that a sealed search warrant protects the "government's interest in maintaining [the] integrity of ongoing criminal investigations and ensuring the safety of the informant").

## II.    FACTUAL BASIS FOR SEALING AND NON-DISCLOSURE

As set forth in the affidavit supporting the search warrant application, in this case, the requested sealing order would be appropriate because the search warrant relates to an ongoing criminal investigation that is neither public nor fully known to the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by giving the targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

## III.    CONCLUSION

For the above reasons, the United States respectfully requests that the Court enter the attached order sealing the warrant application materials and other documents related thereto, including the motion and order related to sealing, until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) sixteen months following

MOTION TO SEAL - 2
USAO#2023R00073

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  issuance of the warrant, unless the Court, upon motion of the government for good cause,
2  orders an extension of the Order.
3
4
5       DATED this 20th day of January, 2023.
6
7                                           Respectfully submitted,
8
                                            NICHOLAS W. BROWN
9                                           United States Attorney
10
11                                          */s/ Todd Greenberg*
                                            TODD GREENBERG
12                                          Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO SEAL - 3
USAO#2023R00073

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970