UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF: | NO. MJ23-033 |
|---|---|
| The Person of KUANG CHI WAN | ORDER SEALING WARRANT AND RELATED MATERIALS |
| | **(FILED UNDER SEAL)** |

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the search warrant, search warrant return, application and affidavit in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order. Nothing in this Order is intended to create or supersede any other applicable obligation under law.

IT IS FURTHER ORDERED that on or before the earliest of the dates specified above, the government shall file a motion in which it either (1) provides good cause for a further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order of this Court to unseal this warrant and

SEALING ORDER - 1
USAO#2023R00073

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

all related documents, including the motion and order to seal the same. In the event the government fails to file the motion required by this Order on or before the earliest of the three triggering events, and the Court has not otherwise extended the sealing period following a showing of good cause by the government, the Clerk of Court shall unseal this warrant and all related documents without further order of the Court.

IT IS FURTHER ORDERED that notwithstanding the existence of a sealing order or a non-disclosure order, the United States may produce the pertinent legal process requests and the results of those requests in criminal discovery for any defendant who appears in this District.

IT IS SO ORDERED.

DATED this ___20th____ day of __January_____, 2023.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

SEALING ORDER - 2
USAO#2023R00073

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970