# UNITED STATES DISTRICT COURT

for the

Western District of Washington



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Person of KUANG CHI WAN | )<br>)<br>) Case No. MJ23-033<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington  
*(identify the person or describe the property to be searched and give its location)*:

The Person of KUANG CHI WAN, as described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before   February 3, 2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/20/2023 at 2:45 pm               *Judge's Signature*

City and state:   Seattle, Washington                   S. Kate Vaughan, U.S. Magistrate Judge
*Printed name and title*

USAO# 2023R00073

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed (PST) | Copy of warrant and inventory left with: |
|---|---|---|
| NY-3262365 | 01/21/2023 3:05 pm | James Wan / ~~Attorney for Copp~~ |

Inventory made in the presence of: James K. WAN

Inventory of the property taken and name of any person(s) seized:

- One Black WD "WD Elements" S/N WX71AC4J585F
- One Dell laptop computer. S/N 2NJDL13 S/N 108S109NTERM
- One Huawei cell phone IMEI 860820041187287 MEID A000009BE0B3E5
- One silver Kingston travel drive
- One black Kingston Thumb Drive
- One white thumb drive with black ICAO logo printed on it
- One white thumb drive with blue ICAO logo printed on it with purple ribbon attached

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/6/2024

_Executing officer's signature_

SA Gary D. Phillips
_Printed name and title_

USAO# 2023R00073